# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/13/2005 4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00078ACK-KSC |
| CASE NAME: | Michael Mroz, et al. vs. Hoaloha Na Eha, Inc., et al. |
| ATTYS FOR PLA: | Robert Godbey<br>Chad Iida |
| ATTYS FOR DEFT: | John Yamano<br>Thomas Bush<br>Gary Grimmer |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C335 - no record |
| DATE: | 12/13/2005 | TIME: | 9:05-9:15am |

COURT ACTION: EP: Final Pretrial Conference. Final Pretrial Conference held.

Length of trial: 2 - 3 weeks

Plaintiff to call 7 - 10 lay witnesses and 3 expert witnesses

In addition to plaintiff's witnesses, defendant to call 3 - 4 additional witnesses and 1 expert witness

Trial memos to be submitted to Judge Kay

Any relief on deadlines shall be taken up with Judge Kay, otherwise, all deadlines remain

Counsel shall confer whether they are agreeable to Susan Mroz returning to Boston after testifying

Further Settlement Conference set 12/22/05 at 10:00am before Judge Chang. Counsel to submit last offer/counter offer to Judge Chang by 12/21/05. Defendant to meet with Judge Chang at 10:00am and plaintiff to meet with Judge Chang at 10:30am

Submitted by: Shari Afuso, Courtroom Manager

G:\docs\snm\Michael Mroz19,sa.wpd