# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/29/2005  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CV04-00078ACK-KSC

CASE NAME:    Michael Mroz, et al. vs. Hoaloha Na Eha, Inc., et al.

ATTYS FOR PLA:    Robert Godbey
Chad Iida

ATTYS FOR DEFT:    John Yamano
Thomas Bush
Gary Grimmer
John Manaut
Lawrence Okinaga

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | In Chambers - no record 10:30-11:30am 1:30-2:05pm (Settlement Conf) |
| DATE: | 12/29/2005 | TIME: | FTR C5 2:08-2:16:10pm (Settlement on the Record) |

COURT ACTION:  EP: Further Settlement Conference.  Settlement conference held.
Settlement reached.  Terms stated with parties Michael Mroz, Tim Moore and Kevin
Butler appearing by phone.

Based upon representations by counsel and the parties, the court finds that the essential
terms of a valid and enforceable settlement agreement have been stated.

The deadline for filing of the Dismissal is 2/8/06.  If the Dismissal is not filed by then, the
Court will enter an Order of Dismissal retaining jurisdiction to enforce the terms of the
settlement.

The following dates are hereby vacated:
1/19/06, 10:00am, Pretrial Conference and Motions in Limine, Judge Kay
1/24/06, 9:00am, Jury Trial, Judge Kay

Submitted by: Shari Afuso, Courtroom Manager

G:\docs\snm\Michael Mroz22,sa.wpd