JACK R. NAIDITCH (5847)
P.O. Box 790279
Paia, Hawai'i 96779
Tel:   808/579-8396
Fax:   808/579-8350
Email: jrn@hawaii.rr.com

ROBERT CARSON GODBEY (4685)
JESS H. GRIFFITHS (6658)
CHAD M. IIDA (7598)
Godbey Griffiths Reiss Chong
1001 Bishop Street
Suite 2300, Pauahi Tower
Honolulu, Hawai'i 96813
Tel:   808/523-8894
Fax:   808/523-8899
Email: jgriffiths@lawhi.com

Attorneys for Plaintiffs
MICHAEL MROZ and SUSAN MROZ

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL MROZ and SUSAN MROZ,<br><br>　　　　　Plaintiffs,<br>　　vs.<br><br>HOALOHA NA EHA, INC., a Hawai'i corporation, NA HOALOHA ILIMA, LLC, a Hawai'i limited liability company, MICHAEL MOORE, TIMOTHY MOORE, ROBERT AGUIAR, and KEVIN BUTLER,<br><br>　　　　　Defendants. | Civil No. 04-00078 ACK KSC<br><br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES; ORDER |

## STIPULATION FOR DISMISSAL WITH
## PREJUDICE OF ALL CLAIMS AND ALL PARTIES

It is hereby stipulated, by and between the parties undersigned, being all of the parties who have appeared in this action, through their respective counsel, as follows:

1. That this action shall be and is hereby dismissed with prejudice as to all claims and all parties, pursuant to Rule 41(a)(1)(ii) and 41(c) of the Federal Rules of Civil Procedure, each party to bear their own costs and fees.

2. This Stipulation resolves and concludes all claims by all parties to this matter.

3. There are no remaining parties and/or claims

DATED:  Honolulu, Hawaii, February 1, 2006.

/s/ Robert Carson Godbey
ROBERT CARSON GODBEY
JESS H. GRIFFITHS
CHAD M. IIDA

Attorneys for Plaintiffs
MICHAEL MROZ and SUSAN MROZ


/s/ Thomas E. Bush
PAUL ALSTON
THOMAS E. BUSH

Attorneys for Defendant
KEVIN BUTLER

2

/s/ Gary Grimmer
GARY GRIMMER
JOHN P. MANAUT
STEVEN M. EGESDAL

Attorneys for Defendants HOALOHA NA EHA, LTD. and NA HOALOHA ILIMA, LLC


/s/ John Y. Yamano
JOHN Y. YAMANO
BECKY T. CHESTNUT

Attorneys for Defendants MICHAEL MOORE, TIMOTHY MOORE and ROBERT AGUIAR


APPROVED AND SO ORDERED:



_____
Alan C. Kay
Sr. United States District Judge

_____
Michael Mroz and Susan Mroz v. Hoaloha Na Eha, Inc., et al., CV 04-00078 ACK/KSC,

STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES

Case 1:04-cv-00078-ACK-KSC    Document 239    Filed 02/02/2006    Page 4 of 4